THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leonard Richey, Appellant.
 
 
 

Appeal From Anderson County
Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-522
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Leonard Richey guilty of second degree burglary.  Richey was
 sentenced to twelve years imprisonment.  Pursuant to Anders v. California,
 386 U.S. 738 (1967), appellants counsel attached a petition to be relieved.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.